UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MILLER,<br><br>              Plaintiff,<br><br>     v.<br><br>FCA US LLC,<br><br>              Defendant. | Case No.  2:21-cv-01083-JAM-JDP<br><br>ORDER DIRECTING PARTIES TO MEET AND CONFER |

      This order addresses plaintiff's request for an informal pre-motion discovery conference. Per my standard procedures for civil cases, the parties must meet and confer before such a conference is set.  If a party refuses to meet and confer in a timely manner, that party may be subject to sanctions.

      Plaintiff should attempt to meet and confer with defendant.  If defendant refuses to meet and confer within the next ten days, plaintiff may file a motion for sanctions and may cite this order.  Following a meet and confer session, if the parties remain unable to resolve their discovery dispute, either party may reach out to my courtroom deputy to set an informal conference.

IT IS SO ORDERED.

Dated:   <u>January 25, 2022</u>

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE